UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

        - against -                      16-CR-663 (JGK)

LAVONNE FREEMAN,                   ORDER

                 Defendant.
_____

JOHN G. KOELTL, District Judge:

    The defendant has filed a motion for time to be credited, during the time he was in custody from September 2016 to July 2017.

    The Government shall respond to the motion by July 22, 2022. The defendant shall reply by August 5, 2022. The Clerk is directed to send a copy of this Order to the defendant and note service on the docket.

SO ORDERED.

Dated:    New York, New York
         July 12, 2022

                                     John G. Koeltl
                        United States District Judge